UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

David Bradberry,

        Plaintiff,

- against –

Abercrombie & Fitch Co., Matthew S. Jeffries, Matthew Smith, and The Jeffries Family Office, LLC,

        Defendants.

Case No. 1:23-cv-9440

**AFFIDAVIT OF RYAN K. TODD**
**FOR ADMISSION**
*PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Ryan K. Todd, declare the following facts are true:

1. As shown in the Certificate of Good Standings annexed to this filing, I am a member in good standing of the State Bar of Florida,

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me.

This the 14th day of December 2023.

_____
Ryan K. Todd

MIAMI-DADE COUNTY, FLORIDA

Sworn to and subscribed before me this 14 day of December, 2023 by Ryan K. Todd.

_____
Official Signature of Notary

Barbara Jean Crosman, Notary Public
[Print name]

My commission expires: _____