UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID BRADBERRY,<br><br>                                         Plaintiff,<br><br>-v.-<br><br>ABERCROMBIE & FITCH CO., et al.,<br><br>                                         Defendants. | 23 Civ. 09440 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

In light of the filing of the Amended Complaint, ECF No. 82, Defendants' motions to dismiss the original Complaint, ECF Nos. 37, 40, 42, 44, are DENIED without prejudice as moot.

Defendants shall respond to the amended Complaint by **October 4, 2024**. If Defendants renew their motions to dismiss, Plaintiff shall file any oppositions to the renewed motions by **October 18, 2024**. Defendants shall file any replies by **October 25, 2024**.

The Clerk of Court is directed to terminate ECF Nos. 37, 40, 42, and 44.

SO ORDERED.

Dated: September 16, 2024
       New York, New York

                                                          JENNIFER H. REARDEN
                                                          United States District Judge