**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
DAVID BRADBERRY,

            Plaintiff,

            -against-

ABERCROMBIE & FITCH CO. et al.,

            Defendants.

-------------------------------------------------------------x

23-CV-9440 (JHR) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The parties' initial pretrial conference set for September 16, 2024, before Judge Wang is **ADJOURNED**.

The parties' initial pretrial conference is hereby rescheduled for **Wednesday, September 25, 2024, at 10:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

The Clerk of Court is respectfully directed to close ECF 83.

**SO ORDERED.**

                                                *s/ Ona T. Wang*

Dated: September 16, 2024                      **Ona T. Wang**
      New York, New York                  United States Magistrate Judge