**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
DAVID BRADBERRY,                              :
                                              :
                Plaintiff,       :      23-CV-9440 (JHR) (OTW)
                                              :
              -against-             :      **ORDER**
                                              :
ABERCROMBIE & FITCH CO. et al.,               :
                                              :
                Defendants.      :
                                              :
                                              :
-------------------------------------------------------------x

       **ONA T. WANG**, **United States Magistrate Judge**:

       The Court held a status conference on this matter on September 25, 2024. As **ORDERED** on the record at the September 25, 2024 Conference:

1) Defendants are directed to serve their initial disclosures by **October 4, 2024**.

2) Defendants are directed to file their motion to stay discovery, if any, by **October 4, 2024.** Plaintiff's opposition is due **October 18, 2024.** Defendants' reply, if any, shall be filed by **October 25, 2024.**

3) The parties are directed to meet and confer regarding the possibility of proceeding with limited or stayed discovery in light of the considerations discussed at the conference, including, but not limited to, the ongoing criminal investigation. If the parties are able to agree to a staged discovery plan, they are encouraged to submit a proposed schedule to the Court.

**SO ORDERED.**

Dated: September 25, 2024  
New York, New York

_s/ Ona T. Wang_  
**Ona T. Wang**  
United States Magistrate Judge

2