UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID BRADBERRY,

                Plaintiff,

-v.-

ABERCROMBIE & FITCH CO. et al.,

                Defendants.

23 Civ. 09440 (JHR)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2024

JENNIFER H. REARDEN, District Judge:

    For the reasons stated on the record at the August 23, 2024 proceeding, the Motion to Stay Pursuant to 18 U.S.C. § 1595(b) filed by Defendants Michael S. Jeffries, Matthew Smith, and The Jeffries Family Office, LLC (ECF No. 53) is denied without prejudice.

    The Clerk of Court is directed to terminate ECF No. 53.

    SO ORDERED.

Dated: September 30, 2024
       New York, New York

                                                  _____
                                                  JENNIFER H. REARDEN
                                                  United States District Judge