UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| David Bradberry individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Abercrombie & Fitch Co., Michael S. Jeffries, Matthew Smith, and The Jeffries Family Office, LLC,<br><br>Defendants. | Case No. 1:23-cv-9440-JHR-OTW |

**NOTICE OF DEFENDANT ABERCROMBIE & FITCH CO.'S
MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, and all other prior pleadings and proceedings, Defendant Abercrombie & Fitch Co., by and through its undersigned counsel, will move this Court, before the Hon. Jennifer H. Rearden at the Daniel Patrick Moynihan United States Courthouse, , 500 Pearl Street, New York, New York 10007, at a time and place to be set by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiff's Amended Complaint and granting such other and further relief as is just and proper.

| | |
|---|---|
| Dated: October 4, 2024 | Respectfully submitted, |

                                              **HOGAN LOVELLS US LLP**

By: /s/ *Michael E. DeLarco*
Michael E. DeLarco
Benjamin A. Fleming
Jacey L. Gottlieb
390 Madison Avenue
New York, New York 10017
Tel: (212) 918-3283
Fax: (212) 918-3100
benjamin.fleming@hoganlovells.com
michael.delarco@hoganlovells.com
jacey.gottlieb@hoganlovells.com

Michelle Roberts Gonzales (*PHV* forthcoming)
1999 Avenue of the Stars Suite 1400
Los Angeles, CA 90067
Tel: (310) 785-4600
Fax: (310) 785-4601
michelle.roberts.gonzales@hoganlovells.com

*Attorneys for Defendant*
*Abercrombie & Fitch Co.*