

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
ATTORNEYS AND COUNSELORS AT LAW

Ryan K. Todd
PARTNER
T: 305.373.9400
**ryan.todd@nelsonmullins.com**

2 S. Biscayne Blvd., 21st Floor
Miami, FL 33139
T 305.373.9400 | F 305.373.9443
**nelsonmullins.com**

October 21, 2024

<u>**VIA ECF**</u>

Hon. Jennifer H. Rearden                     Hon. Ona T. Wang
United States District Judge                  United States Magistrate Judge
Southern District of New York               Southern District of New York
500 Pearl Street                                    500 Pearl Street
New York, NY 10007                            New York, NY 10007

RE:    <u>***Bradberry v. Abercrombie & Fitch Co., et al.*, No. 1:23-cv- 9440 (SDNY)**</u>

Dear Hon. Judges Rearden and Wang:

The undersigned firms represent Defendants Michael Jeffries, Matthew Smith, The Jeffries Family Office, LLC, and Abercrombie & Fitch Co. (collectedly, the "Defendants"), in the above-captioned matter. We jointly and respectfully write to seek a three business-day extension of the deadlines for the Defendants to reply in support of their Motions to Dismiss [ECF Nos. 89, 91, 93 and 95] and the reply in support of Defendants' Joint Motion to Stay Discovery [DE 97] (collectively, the "Pending Motions").

Pursuant to Part 2(E) of the Court's Individual Practices, and without the opposition of Plaintiff, David Bradberry—who takes no position on Defendants' request—Defendants respectfully request that the deadline for them to reply in support of the Pending Motions be extended by three business days to October 30, 2024.

Defendants' five replies in support of the Pending Motions are all due the same day, this Friday, October 25, 2024. Plaintiff had the benefit of a preview of the Defendants' arguments for dismissal for over eight months. *See, e.g.*, January 19 Motions to Dismiss [ECF Nos. 38, 41, 43, and 45]. Plaintiff never responded to the January 19 Motions to Dismiss. Defendants only first saw Plaintiff's arguments against dismissal on October 18, 2024.

Hon. Jennifer H. Rearden
Hon. Ona T. Wang

October 21, 2024
Page 2

Defendants request a short extension to finalize their reply briefs in support of their Motions to Dismiss and to coordinate their Joint Reply in Support of the Motion to Stay Discovery.

This is Defendants' first request for an extension of these deadlines. The parties do not have any scheduled appearances before the Court, and the extension would not affect any of the Court's other deadlines or scheduled dates.

We are pleased to answer any questions the Court may have and thank the Court for its attention to this matter.

Respectfully submitted,

**NELSON MULLINS
RILEY & SCARBOROUGH LLP**
*Counsel for Defendant, Michael S. Jeffries*
*Co-Counsel for Defendant, The Jeffries*
*Family Office, LLC*

By: */s/ Ryan K. Todd*
Mark Raymond (admitted PHV)
Ryan K. Todd (admitted PHV)
One Biscayne Tower, 21st Floor
Miami, FL 33131
Telephone: 305.373.9400
mark.raymond@nelsonmullins.com
ryan.todd@nelsonmullins.com

Mitchell Boyarsky
330 Madison Avenue, 27th Floor
New York Bar No. 2667780
New York, NY 10017
Telephone: 212-413-9000
mitch.boyarsky@nelsonmullins.com

**HOGAN LOVELLS US LLP**
*Counsel for Defendant Abercrombie*
*& Fitch Co.*

By: */s/ Benjamin A. Fleming*
Michael E. DeLarco
Benjamin A. Fleming
Jacey L. Gottlieb
390 Madison Avenue
New York, New York 10017
Tel: (212) 918-3283
Fax: (212) 918-3100
benjamin.fleming@hoganlovells.com
michael.delarco@hoganlovells.com
jacey.gottlieb@hoganlovells.com

Michelle R. Gonzales (PHV forthcoming)
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 785-4600
Fax: (310) 785-4601
michelle.roberts.gonzales@hoganlovells.com

Hon. Jennifer H. Rearden
Hon. Ona T. Wang

October 21, 2024
Page 3

**GRAYROBINSON, P.A.**
*Counsel for Defendant The Jeffries Family Office, LLC*

By: */s/ John A. Boudet*
John A. Boudet, Esq. (admitted PHV)
301 East Pine Street, Suite 1400
Orlando, Florida 32801
Telephone: (407) 843-8880
john.boudet@gray-robinson.com

**DIMOND KAPLAN & ROTHSTEIN, P.A.**
*Counsel for Defendant, Matthew Smith*

By: */s/ Alexander M. Peraza*
David A. Rothstein (admitted PHV)
Alexander M. Peraza (admitted PHV)
Eshaba Jahir-Sharuz (admitted PHV)
2665 South Bayshore Drive, PH-2B
Miami, Florida 33133
(305) 374-1920

- and -

Jonathan S. Sack
Ryan McMenamin
MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO P.C.
565 Fifth Avenue
New York, New York 10017
(212) 856-9600