UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
DAVID BRADBERRY,                                    :
                                                         :
                     Plaintiff,                      :            23-CV-9440 (JHR) (OTW)
                                                           :
                     -against-                       :                      **ORDER**
                                                           :
ABERCROMBIE & FITCH CO. et al.,              :
                                                           :
                     Defendants.                   :
                                                           :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

It has come to the Court's attention that there is an open motion to stay discovery. (*See* ECF 96). Because the Court stayed this case in its entirety on October 29, 2024, (*see* ECF 112), the motion is **DENIED as moot**.

The Clerk of Court is respectfully directed to close ECF 96.

**SO ORDERED.**

                                                              *s/ Ona T. Wang*

Dated: March 25, 2025                            **Ona T. Wang**
        New York, New York                   United States Magistrate Judge