March 27, 2026

**VIA ECF**

Honorable Ona T. Wang
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**Re:**   *Bradberry v. Abercrombie & Fitch Co. et al.*, **23-cv-9440:**
    **Quarterly Stay Status Update Letter**

Dear Judge Wang:

The parties in the above-captioned matter jointly submit this letter pursuant to Your Honor's Order dated October 29, 2024, ECF No. 112, in which the Court directed the parties to file "on the last Friday of each quarter beginning on December 20, 2024, a joint status letter informing the Court of any public updates in the criminal case and whether the stay should continue." No party contends that the stay should be lifted at this time.

1.    On December 23, 2025, Judge Choudhury set a hearing to determine whether Michael Jeffries was competent to stand trial in the criminal case pending in the Eastern District of New York against Mr. Jeffries, Matthew Smith, and James Jacobson. Judge Choudhury set the dates for Mr. Jeffries's competency hearing for March 24, 25, and 26, 2026. *See* December 23, 2025 Order. The Court ordered the relevant parties to the criminal case to submit post-hearing briefs by April 16, 2026, and responses by April 30, 2026. *See* December 23, 2025 Order.

2.    On January 16, 2026, Mr. Jacobson moved to modify his pre-trial release conditions to remove the home detention condition, while maintaining the electronic monitoring and travel restrictions. ECF No. 76. On January 20, 2026, Judge Choudhury modified Mr. Jacobson's pre-trial release conditions to remove the condition of home detention but required that Mr. Jacobson remain subject to stand-alone monitoring and travel restrictions. The Government did not oppose. *See* Jan. 20, 2026 Order.

3.    In February and March 2026, the parties to the criminal case exchanged various items in advance of Mr. Jeffries's competency hearing, including sealed expert re-evaluation reports and addenda reports, evidentiary stipulations, expert disclosures, exhibit lists, and the plan for the hearing. ECF Nos. 78–86, 89–94.

4.    On March 24, 2026, the competency hearing as to Michael Jeffries began as scheduled. *See* March 24, 2026 Minute Entry. It is set to conclude on Friday.

\* \* \*

We thank the Court for its attention to this matter, and are happy to answer any questions the Court may have.

Respectfully submitted,

/s/ *Brittany Henderson\**

Bradley Edwards
Brittany Henderson
Dean Kaire

**EDWARDS HENDERSON**
425 N. Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
Telephone: 954-524-2820

*Attorneys for Plaintiff*

/s/ *Benjamin A. Fleming*

Michael E. DeLarco
Benjamin A. Fleming
Jacey L. Gottlieb
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, New York 10017
Telephone: 212-918-3000

Michelle Roberts Gonzales
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: 310-785-4600

*Attorneys for Defendant*
*Abercrombie & Fitch Co.*

/s/ *Mark F. Raymond\**

Mark F. Raymond
Ryan K. Todd
**NELSON MULLINS RILEY &**
**SCARBOROUGH, LP**
One Biscayne Tower
2 S. Biscayne Boulevard
Ste 21st Floor
Miami, Florida 33131
Telephone: 305-373-9400

Mitchell Boyarsky
**NELSON MULLINS RILEY &**
**SCARBOROUGH, LP**
330 Madison Avenue
27th Floor
New York, New York 10017
Telephone: (212) 413-9000

*Attorneys for Defendant Michael S. Jeffries*

/s/ *Alexander M. Peraza\**

David A. Rothstein
Alexander M. Peraza
Eshaba Jahir-Sharuz
Jonathan S. Sack
**DIMOND KAPLAN & ROTHSTEIN**
2665 S Bayshore Drive
Ste Ph2b
Miami, Florida 33133
Telephone: 305-374-1920

**MORVILLO, ABRAMOWITZ, GRAND,**
**IASON, & ANELLO P.C.**
515 Fifth Avenue
9th Floor
New York, New York 10017
Telephone: 212-880-9410

*Attorneys for Defendant Matthew Smith*

/s/ *John Boudet\**

John A. Boudet
**GRAY ROBINSON, P.A.**
301 E. Pine Street, Suite 1400
Orlando, Florida 32801
Telephone: 407-843-8880

Mark F. Raymond
Ryan K. Todd
**NELSON MULLINS RILEY &
SCARBOROUGH, LP**
One Biscayne Tower
2 S. Biscayne Boulevard
Ste 21st Floor
Miami, Florida 33131
Telephone: 305-373-9400

*Attorneys for Defendant*
*The Jeffries Family Office, LLC*


*\*Electronic signatures used with consent*